# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

ZACHARY CHRISTOPHER WALLACE,

           Plaintiff,

v.                                      CIVIL ACTION NO.   3:20-0383

ANDREW SAUL, Commissioner
of the Social Security Administration,

           Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Plaintiff's request for judgment on the pleadings (ECF No. 14); grant the Commissioner's request for judgment on the pleadings (ECF No. 19); affirm the decision of the Commissioner; dismiss this action, with prejudice, and remove it from the docket of the Court. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and Court **DENIES** Plaintiff's request for judgment on the pleadings (ECF No. 14); **GRANTS** the Commissioner's request for judgment on the pleadings (ECF No. 19); **AFFIRMS** the decision of the Commissioner; **DISMISSES** this action, with prejudice, and **REMOVES** it from the docket of the Court, consistent with the findings and recommendation.

-2-

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: June 4, 2021

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE